**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

HARRY LEE WILSON,

      Plaintiff,

v.                                                    Case No. 3:25-cv-476-MMH-PDB

CEO TODD JONES, et al.,

      Defendants.

_____

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff Motion to the Chief U.S. District Judge, Honorable Monte C. Richardson (Doc. 31; Motion), filed March 31, 2026. In the Motion, Plaintiff Harry Lee Wilson requests a jury trial. Motion at 1. Wilson has no right to a trial in this case, given its procedural posture. The Court has dismissed the action and entered judgment. See Order (Doc. 28; Order), entered December 12, 2025, at 4. To the extent Wilson seeks reconsideration of that decision, he provides no legal basis for such relief. See generally Motion. Accordingly, the Motion is denied. If Wilson remains dissatisfied with this outcome, his recourse is with the Court of Appeals.

Accordingly, it is **ORDERED:**

Plaintiff Motion to the Chief U.S. District Judge, Honorable Monte C. Richardson (Doc. 31) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of April, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

lc36

Copies to:
Counsel of Record
Pro Se Party